A00A0417. THE STATE v. BOWEN.
(559 SE2d 758)

SMITH, Presiding Judge.

In *State v. Bowen*, 245 Ga. App. 159 (537 SE2d 417) (2000), this court affirmed the trial court's grant of Bowen's motion to suppress the results of a breath test. The Supreme Court granted certiorari and reversed our decision. *State v. Bowen*, 274 Ga. 1 (547 SE2d 286) (2001). Accordingly, our judgment in this case is vacated, and the judgment of the Supreme Court is made the judgment of this court.

---

[1] *Dixon v. State*, 196 Ga. App. 15, 18 (7) (395 SE2d 577) (1990).
[2] See *Lumsden v. State*, 222 Ga. App. 635, 636 (1) (475 SE2d 681) (1996).
[3] Id.

The trial court's grant of Bowen's motion to suppress is therefore reversed.

*Judgment reversed. Blackburn, C. J., Pope, P. J., Andrews, P. J., Johnson, P. J., Ruffin, Eldridge, Barnes, Miller, Ellington, Phipps and Mikell, JJ., concur.*

DECIDED JANUARY 31, 2002.

*Jerry Rylee, Solicitor-General, Larry A. Baldwin II, Assistant Solicitor-General,* for appellant.

*Chandler & Britt, Walter M. Britt, Deborah F. Weiss,* for appellee.